

**FILED**

10/04/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0215

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 22-0215

STATE OF MONTANA,

Plaintiff and Appellee,

v.

MATTHEW JASON WELCH,

Defendant and Appellant.

FILED

OCT 0 4 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Appellant Matthew Jason Welch has appealed from the Judgment of the Thirteenth Judicial District Court, Yellowstone County, in its Cause No. DC-20-1434. The parties, by and through their respective counsel, now stipulate and jointly move for an order dismissing this appeal and remanding this matter to the District Court.

The parties assert that remand is warranted for two reasons. First, the sentence the District Court imposed on Counts III, V, VI, and X exceed the maximum possible penalty. Second, the court included certain financial and probation conditions in the written judgment that were not imposed during the oral pronouncement of sentence.

The parties assert that Welch pled guilty to six counts of Deceptive Practices under § 45-6-317, MCA, and four counts of Theft by Deception under § 45-6-301(2), MCA. The District Court sentenced him to ten years in Montana State Prison with five years suspended on each count with the sentences to run consecutively to one another and to all other sentences. However, the parties further assert that the statutory maximum possible penalty on Counts III, V, VI, and X is three years, not ten, because of the value of the property at issue.

The parties further assert that in its written judgment, the court imposed financial and probation conditions 13(e), 13(h), 19, 23, 24, and 25, which were not part of its oral pronouncement.

Thus, the parties have stipulated and jointly moved that this Court remand this matter to the District Court with instructions to resentence Welch on Counts III, V, VI, and X within the statutory parameters and to strike conditions 13(e), 13(h), 19, 23, 24, and 25 from the written judgment in this matter.

Based on the parties' stipulation, and good cause appearing,

IT IS HEREBY ORDERED that this case is REMANDED to the Thirteenth Judicial District Court, Yellowstone County, with instructions for the District Court to resentence Defendant Matthew Jason Welch on Counts III, V, VI, and X within the statutory parameters for those offenses.

IT IS FURTHER ORDERED that the District Court amend its Judgment to conform with its oral pronouncement, as set forth above.

IT IS FURTHER ORDERED that this appeal is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that REMITTITUR shall issue IMMEDIATELY UPON REMAND.

The Clerk is directed to provide copies of this Order to all counsel of record and to presiding judge Honorable Donald L. Harris.

Dated this 4th day of October, 2022.

_____
Chief Justice

_____

_____

_____

_____
Justices